144 A.3d 712

STATE of Maryland

v.

APPELBY-EL, Nathaniel

Pet. Docket No. 576, Sept. Term, 2015

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 712

STATE of Maryland

v.

BOBLETT, Terry Lee

Pet. Docket No. 578, Sept. Term 2015

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.